# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Matthew Burdick, et al.,

Plaintiff(s),

v.

Stapler, et al.,

Defendant(s).

Case No. 14 C 1454

Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: in favor of plaintiff, Matthew Burdick, and against the defendant, New Prime, Inc. and assess damages in the sum of $250,000.00 for loss of normal life experienced in the past; $1,500,000.00 for loss of a normal life reasonably certain to be experienced in the future; $250,000.00 for pain and suffering experienced in the past; $1,000,000.00 for pain and suffering reasonably certain to be experienced in the future; $467,555.45 for reasonable expense of necessary medical care, treatment, and services received; and $375,000.00 for present cash value of necessary expenses for medical care, treatment, and services to be received in the future, for a total sum of $3,842,555.45. In favor of plaintiff, Jamie Pinkstaff-Burdick, and against the defendant, New Prime, Inc. and assess damages in the sum of $50,000.00 for loss of normal life experienced in the past; $350,000.00 for loss of a normal life reasonably certain to be experienced in the future; $70,000.00 for pain and suffering experienced in the past; $400,000.00 for pain and suffering reasonably certain to be experienced in the future; $80,053.62 for reasonable expense of necessary medical care, treatment, and services received; and $400,000.00 for present cash value of necessary expenses for medical care, treatment, and servies to be received in the future, for a total sum of $1,350,053.62.

---

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge       on a motion


Date:   1/24/2017                                  Thomas G. Bruton, Clerk of Court

                                                   Pamela J. Geringer, Deputy Clerk